

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Blackman | Civil Action No. 17cv0059-LAB-JLB |
| **Plaintiff,** | |
| V. | |
| P Bracamonte, C - Yard Captain; R. Olivarra, Appeal Office Employee; Mr. J. Mendosa, C - 12 Officer, Height 5/5; Daniel A. Paramo, Head Warden | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court:
1) DENIES Plaintiff's Motion to Proceed IFP (ECF No. 2) as barred by 28 U.S.C. § 1915(g);
2) DISMISSES this action without prejudice for failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a);
3) CERTIFIES that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

| | |
|---|---|
| Date: 6/15/17 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By: s/ L. Fincher<br>L. Fincher, Deputy |