

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Blackman<br><br>　　　　　　　　　　**Plaintiff,**<br>　　　　　V.<br>P Bracamonte, C - Yard Captain; R. Olivarra, Appeal Office Employee; Mr. J. Mendosa, C - 12 Officer, Height 5/5; Mr. J.T. Delgodo, C - 12 Officer, Height 6/1; Daniel A. Paramo, Head Warden　　**Defendant.** | Civil Action No.　17-cv-0059-LAB-JLB<br><br>**AMENDED**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court:
1) DENIES Plaintiff's Motion to Proceed IFP (ECF No. 2) as barred by 28 U.S.C. § 1915(g);
2) DISMISSES this action without prejudice for failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a);
3) CERTIFIES that an IFP appeal from this Order would be frivolous and therefore, would not be takenin good faith pursuant to 28 U.S.C. § 1915(a)(3).

| | |
|---|---|
| **Date:**　　6/16/17 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:　s/ L. Fincher<br>　　　　　　　　L. Fincher, Deputy |